**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS RENE FLORES, ) | No. C 07-2471 MMC (PR) |
| ) | |
| Plaintiff, ) | **ORDER OF TRANSFER** |
| ) | |
| v. ) | |
| ) | |
| SERGEANT R. SUMAYA; ) | **(Docket No. 2)** |
| SERGEANT R. JUAREZ; ) | |
| CORRECTIONAL OFFICER B. ) | |
| BELL; CORRECTIONAL ) | |
| OFFICER R. L. MILLER; JOHN ) | |
| OR JANE DOES, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

On May 8, 2007, plaintiff, a prisoner at California State Prison, Corcoran ("CSP-Corcoran"), and proceeding pro se, filed the above-titled complaint pursuant to 42 U.S.C. § 1983. Plaintiff alleges that defendants, all Corcoran employees, violated plaintiff's constitutional rights.

Venue may be raised by the court sua sponte where the defendant has not filed a responsive pleading and the time for doing so has not run. See Costlow v. Weeks, 790 F.2d 1486, 1488 (9th Cir. 1986). When jurisdiction is not founded solely on diversity, venue is proper in (1) the district in which any defendant resides, if all of the defendants reside in the same state; (2) the district in which a substantial part of the events or omissions giving rise to

**United States District Court**
For the Northern District of California

1   the claim occurred, or a substantial part of the property that is the subject of the action is

2   situated; or (3) a judicial district in which any defendant may be found, if there is no district

3   in which the action may otherwise be brought.  See 28 U.S.C. § 1391(b).  When venue is

4   improper, the district court has the discretion to either dismiss the case or transfer it "in the

5   interest of justice."  See 28 U.S.C. § 1406(a).

6        It is clear from the complaint and the attachments thereto that plaintiff's claims arise

7   out of actions alleged to have been committed at CSP-Corcoran by defendants located at

8   CSP-Corcoran.  CSP-Corcoran is located in Kings County, California, which is within the

9   venue of the Eastern District of California.  See 28 U.S.C. §§ 84(b).  As a result, venue is

10  proper in the Eastern District of California, not in the Northern District.

11       Accordingly, in the interest of justice, the above-titled action is hereby

12  TRANSFERRED to the United States District Court for the Eastern District of California.  In

13  light of the transfer, this Court will defer to the Eastern District with respect to plaintiff's

14  application to proceed in forma pauperis.

15       The Clerk shall close the file and terminate Docket No. 2 on this Court's docket.

16       IT IS SO ORDERED.

17  DATED: June 11, 2007

18  _____
    MAXINE M. CHESNEY
    United States District Judge

19

20

21

22

23

24

25

26

27

28

2